# First District Court of Appeal
## State of Florida

_____

No. 1D2024-2508

_____

STACI DUGGAR,

Appellant,

v.

THOMAS DUGGAR,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Robert R. Wheeler, Judge.

December 9, 2025

PER CURIAM.

AFFIRMED.

RAY, BILBREY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

For Appellant: Jennifer LaVia of LaVia Law, Tallahassee.

For Appellee: Kristin Adamson of Adamson Law, Tallahassee.